ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                      :       **UNSEALING ORDER**

LOURDES BASTARDO,                    :       08 Cr. 623
YDANIA SOSA, and
LEDYS LIZ,                           :

       Defendants.                 :

- - - - - - - - - - - - - - - - - - - x

      WHEREAS, the above-captioned indictment was returned on July 10, 2008 and, upon application of the Government, ordered to be filed under seal; and

      WHEREAS the Government has requested that the above-captioned indictment be unsealed;

      IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 623 be unsealed.

Dated: New York, New York
      August 13, 2008

SO ORDERED:

                               _____
                               HONORABLE HENRY PITMAN
                               CHIEF UNITED STATES MAGISTRATE JUDGE
                               SOUTHERN DISTRICT OF NEW YORK

[ELECTRONICALLY FILED stamp: AUG 13 2008]